

PLATE™, LLC

# CLAIMS CHART

Analysis of Elite Tactical Systems Group, LLC "CAM Loader" products and their infringement of PLATE patents.

| DOCKET NUMBER | STATUS | ISSUE DATE | USPN/USPAN |
|---|---|---|---|
| CHRPLA-PT02 | Issued | 04/11/17 | 9,618,286 |
| CHRPLA-PT03 | Issued | 06/27/17 | 9,689,633 |
| CHRPLA-PT04 | Issued | 08/22/17 | 9,739,522 |
| CHRPLA-PT05 | Issued | 10/24/17 | 9,797,669 |
| CHRPLA-PT06 | Notice of Allowance | 03/01/18 (ESTIMATE) | 15/713,395 |

| PRODUCT NAME (COLLECTIVELY "ETS") | PART NUMBER | RETAIL DATE | UPC |
|---|---|---|---|
| C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber | ETSCAM940 | 06/30/17 | 854094005492 |
| GEN II- C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber | ETSCAM940 | 12/31/17 | 854094005492 |
| C.A.M. Loader For All Pistol Mags .45 Caliber | ETSCAM45 | 12/31/17 | 854094005546 |
| C.A.M. Loader For All Pistol Mags .380 Caliber | ETSCAM380 | 12/31/17 | 854094005553 |

*Rev. 1 …………………………………10-08-2017*
*Rev. 2 …………………………………10-24-2017 (added 9,797,669)*
*Rev. 3 …………………………………01-10-2018 (added 15/713,395, UPC 854094005546 (ETSCAM-45), & UPC 854094005553 (ETSCAM-380))*
*Rev. 4 …………………………………01-15-2018 (added images, See pages 2-3)*



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT


# PREAMBLE

While four different ETS products are included in this analysis, one model is used in all figures. It should be noted all four products contain all of the same elements. "*C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber*" was launched first and is sized for 9mm/40 S&W rounds. "*GEN II- C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber*" is the second generation of the 9mm model and includes all of the elements of the first generation with more exaggerated features of the rounds abutment area. Pages 2-3 contain pictures of the various ETS models concerning this analysis.

All patents are continuations-in-part; the family contains both method and device claims. PT02 and PT03 contain device claims, PT04 and PT05 contain method claims, and PT06 contains both device and method claims. PT06 is currently pending and has been allowed; the estimated issue date is March 2018.

# CONTENTS

CHRPLA-PT02 - USPN 9,618,296 ...................................................................................................................4

CHRPLA-PT03 - USPN 9,689,633 ...................................................................................................................8

CHRPLA-PT04 - USPN 9,739,552 .................................................................................................................10

CHRPLA-PT05 - USPN 9,797,669 .................................................................................................................13

CHRPLA-PT06 - USPAN 15/713,395 .............................................................................................................16

CLAIMS CHART
REV-4 (01-15-2018)

Case 3:18-cv-00265-CLC-HBG   Document 12-9   Filed 07/02/18   Page 2 of 42   PageID #: 445


CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



C.A.M. Loader For All Pistol Mags .45 Caliber

GEN II- C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber

C.A.M. Loader For All Pistol Mags .380 Caliber





GEN II- C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber

C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber

CLAIMS CHART
REV-4 (01-15-2018)

Case 3:18-cv-00265-CLC-HBG   Document 12-9   Filed 07/02/18   Page 4 of 42   PageID #: 447



| CHRPLA-PT02 - USPN 9,618,286 | ETS |
|---|---|
| 1. An ammunition magazine loader configured to load at least one ammunition round into<br>  a magazine having, a follower, a spring providing a spring force biasing the follower upwardly, and a magazine shape,<br>  with each round 3 respectively including first and second case ends 4, 5 and a pivot point 6 (See Fig 3b and 5a)<br><br>said ammunition magazine loader comprising: | ETS is an ammunition magazine loader that loads at least one ammunition round into a pistol magazine (They advertise Glock Mag compatible.)<br>ETS operates with pistol magazines that have a follower, a spring biasing the follower upwardly, and a magazine shape.<br>ETS interacts with each round based on the round's first case end 4, second case end 5, and pivot point 6. **(See I-4 and I-7)** |
|   a main body 110 having a first main body end 111, a second main body end 112, a main body length 113, and an upper surface 114; (See Fig 1b) | ETS main body 110 includes a first main body end 111, a second main body end 112, a main body length 113, and an upper surface 114. **(See I-1.)** |
|   a rounds recess 120, extending into said main body from the upper surface and along the main body length, and having<br>  first and second rounds recess ends 121, 122, a rounds recess bottom 123, first and second rounds recess sides 124, 125, and first and second rounds recess ledges 126, 127,<br>  with the rounds recess bottom, first rounds recess side 124, and first rounds recess ledge 126 defining <u>a first case cavity</u> 128 between the rounds recess bottom and the first rounds recess ledge,<br>  with the rounds recess bottom, second rounds recess side 125, and second rounds recess ledge 127 defining <u>a second case cavity</u> 129 between the rounds recess bottom and the second rounds recess ledge, and | ETS includes a rounds recess 120 that extends into the main body from upper surface 114 [**See I-1**: from upper surface 114 towards and into main body at second rounds recess end 122] and along main body length 113. **(See I-1).**<br>It has first and second rounds recess ends 121, 122 (**See I-6**).<br>It has a rounds recess bottom 123, first and second rounds recess sides 124, 125, first and second rounds recess ledges 126, 127, and first and second cavities 128, 129 (**See I-3, <u>and note</u>**: ETS ledges 126, 127 meet and are formed into each other.) |
|   said rounds recess being shaped to hold the at least one round 3 therein with each <u>first case end</u> 4 positioned <u>within the first case cavity and under the first rounds recess ledge</u> and with <u>each second case end</u> 5 positioned <u>within the second case cavity and under the second rounds recess ledge</u>; (**See Figs 3b and 5a**) | ETS rounds recess 120 is shaped to hold rounds exactly in same claimed positions (**See I-3 and I-4**) |



| | |
|---|---|
| a rounds abutment 150, connected to the loader, and at least partially positioned within said rounds recess 120 and at the first rounds recess end 121; (See Fig 5a) | ETS includes a rounds abutment 150 (the angled surface at first rounds recess end 121) positioned within rounds recess 120. (**See I-5**) |
| a magazine recess 130, extending into said main body from the upper surface 114, and positioned at the first main body end, said magazine recess being complementarily shaped to the magazine shape to retain the magazine 6 in a fixed position within said magazine recess; (See Figs 2a and 4) | ETS includes a magazine recess 130 that extends into main body from upper surface 114 [from upper surface 114 towards and into main body at first main body end 111] (**See I-1**). ETS magazine recess 130 is complementarily shaped to hold a magazine 1 in a fixed position. (**See I-7**) |
| wherein the second rounds recess end 122 is, positioned at the second main body end 112, and shaped to accept each of the at least one round into said rounds recess, and the first rounds recess end opens into said magazine recess, such that with the magazine positioned within said magazine recess and as the at least one round is slidably moved out of said rounds recess through the first rounds recess end, the pivot point 6 of the one or more rounds contacts said rounds abutment 150 to angle the second case end 5 of each respective round towards said magazine recess, and when an exiting round 3 exits said rounds recess, the exiting round abuts and forces at least one of the follower and a pre-loaded round 3a in the magazine 1 downwardly into the magazine against the spring force as the exiting round enters the magazine. (See Figs 5c and 5d) | ETS second rounds recess end 122 is positioned at second main body end 112, and it is clearly shaped to accept each of the at least one round into its rounds recess 120 (**See I-4**). ETS first rounds recess end 121 opens into its magazine recess 130 (**See I-6**) ETS in operation manipulates the rounds exactly as claimed; in particular, pivot point 6 contacts rounds abutment 150 to angle second case end 5 of each respective round towards magazine recess 130, such that when an exiting round exits the rounds recess, the exiting round abuts and forces the follower or a pre-loaded round in magazine 1 downwardly into the magazine against the spring force as the exiting round enters the magazine (See **I-7).** |
| 5. The ammunition magazine loader of claim 1, wherein said magazine recess 130 includes a magazine recess bottom having at least one of a magazine retention depression 133 and a magazine retention abutment 134. (See Fig. 1a) | ETS magazine recess 130 has magazine recess bottom that has has a magazine retention depression 133 and a magazine retention abutment 134. (**See I-8**) |
| 6. The ammunition magazine loader of claim 1, further comprising a rounds retention recess 140, extending into said main body from the upper surface, positioned at the second main body end, and opening into the second rounds recess end, such that one or more of the at least one round 3 are moveable from | ETS has a rounds retention recess 140 that extends into main body 110 from upper surface 114, positioned at second main body end 112, and opens into second rounds recess end 122, such that one or more of the at least one round 3 are moveable from rounds retention recess to second rounds recess end. (**See I-9 and I-15**) |




| | |
|---|---|
| said rounds retention recess to the second rounds recess end.   (See Fig. 2a) | |
| 7. The ammunition magazine loader of claim 1, wherein one of the at least one round is a blank round, and another of the at least one round is an active round. | Blank same dimension of live round. |
| 8. The ammunition magazine loader of claim 1, wherein the magazine 1 has a magazine length 2, and said magazine recess 130 has a magazine recess length 131 less than the magazine length 2. (See Fig. 1b) | ETS designed to work with Glock magazines, so its magazine recess length 131 is less than a magazine length 2. **(See I-10)** |
| 9.  The ammunition magazine loader of claim 8, wherein each of the at least one round is positioned within said rounds recess, and each first case end if positioned between the first rounds recess ledge and the rounds recess bottom. | Claims as above. |
| 10. The ammunition magazine loader of claim 8, wherein each of the at least one round is positioned within said rounds recess, and each first case end if positioned between the second rounds recess ledge and the rounds recess bottom. | Claims as above. |
| 11.  The ammunition magazine loader of claim 10, wherein each of the at least one round is positioned within said rounds recess, and each first case end if positioned between the first rounds recess ledge and the rounds recess bottom. | Claims as above. |
| 12.  The ammunition magazine loader of claim 8, wherein said magazine recess includes having at least one of a magazine retention depression and a magazine retention abutment. | Claims as above. |
| 13.  The ammunition magazine loader of claim 8, further comprising a rounds retention recess, extending into said man body from the upper surface, positioned at the second main body end, and opening into the second rounds recess end, such that one or more of the at least one round is movable from said rounds retention recess to the second rounds recess end. | Claims as above. |
| 14.  The ammunition magazine loader of claim 8, wherein one of the at least one round is a blank round, and another of the at least one round is an active round. | Claims as above. |

Case 3:18-cv-00265-CLC-HBG   Document 12-9   Filed 07/02/18   Page 7 of 42   PageID #: 450



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT


| | |
|---|---|
| 15. The ammunition magazine loader of claim 1, wherein the first rounds recess side 124 includes an inwardly curved shape that provides said rounds abutment 150. | ETS first rounds recess side 124 includes an inwardly curved shape 150 that provides a rounds abutment 150 that manipulates rounds as per claim 1. **(See I-14)** Note: ETS technically has two (2) rounds abutments (cf. 150 in I-5) |
| 16. The ammunition magazine loader of claim 15, wherein each of the at least one round is positioned within said rounds recess, and each first case end is positioned between the first rounds recess ledge and the rounds recess bottom. | Claims as above. |
| 17. The ammunition magazine loader of claim 15, wherein each of the at least one round is positioned within said rounds recess, and each first case end is positioned between the second rounds recess ledge and the rounds recess bottom. | Claims as above. |
| 18. The ammunition magazine loader of claim 17, wherein each of the at least one round is positioned within said rounds recess, and each first case end is positioned between the first rounds recess ledge and the rounds recess bottom. | Claims as above. |
| 19. The ammunition magazine loader of claim 15, wherein said magazine recess includes a magazine recess bottom having at least one of a magazine retention depression and a magazine retention abutment. | Claims as above. |
| 20. The ammunition magazine loader of claim 15, further comprising a rounds retention recess, extending into said main body from the upper surface, positioned at the second main body end, and opening into the second rounds recess end, such that one or more of the at least one round is movable from said rounds retention recess of the second rounds recess end. | Claims as above. |
| 21. The ammunition magazine loader of claim 15, wherein one of the at least one round is a blank round, and another of the at least one round is an active round. | Claims as above. |
| | |



| CHRPLA-PT03 - USPN 9,689,633 | ETS |
|---|---|
| 1. An ammunition magazine loader configured to load a plurality of ammunition rounds into<br>   a magazine having, a follower, a spring providing a spring force biasing the follower upwardly, and a magazine shape,<br>   with each round 3 respectively including first and second case ends 4, 5 and a pivot point 6 (See Fig 3b and 5a)<br><br>said ammunition magazine loader comprising: | ETS is an ammunition magazine loader that loads at least one ammunition round into a pistol magazine (They advertise Glock Mag compatible.)<br>ETS operates with pistol magazines that have a follower, a spring biasing the follower upwardly, and a magazine shape.<br>ETS interacts with each round based on the round's first case end 4, second case end 5, and pivot point 6. (**See I-4 and I-7**) |
|    a main body 110 having a first main body end 111, a second main body end 112, a main body length 113, and an upper surface 114; (See Fig 1b) | ETS main body 110 includes a first main body end 111, a second main body end 112, a main body length 113, and an upper surface 114. (**See I-1.**) |
|    a rounds recess 120, extending into said main body from the upper surface and along the main body length, and having first and second rounds recess ends 121, 122, a rounds recess bottom 123, first and second rounds recess sides 124, 125, and first and second rounds recess ledges 126, 127,<br>   with the rounds recess bottom, first rounds recess side 124, and first rounds recess ledge 126 defining <u>a first case cavity</u> 128 between the rounds recess bottom and the first rounds recess ledge,<br>   with the rounds recess bottom, second rounds recess side 125, and second rounds recess ledge 127 defining <u>a second case cavity</u> 129 between the rounds recess bottom and the second rounds recess ledge, and | ETS includes a rounds recess 120 that extends into the main body from upper surface 114 [**See I-1**: from upper surface 114 towards and into main body at second rounds recess end 122] and along main body length 113. (**See I-1**).<br>It has first and second rounds recess ends 121, 122 (**See I-6**).<br>It has a rounds recess bottom 123, first and second rounds recess sides 124, 125, first and second rounds recess ledges 126, 127, and first and second cavities 128, 129 (**See I-3, and note**: ETS ledges 126, 127 meet and are formed into each other.) |
|    said rounds recess being shaped to hold the at least one round 3 therein with each <u>first case end</u> 4 positioned <u>within the first case cavity and under the first rounds recess ledge</u> and with each <u>second case end</u> 5 positioned <u>within the second case cavity and under the second rounds recess ledge</u>; (**See Figs 3b and 5a**) | ETS rounds recess 120 is shaped to hold rounds exactly in same claimed positions (**See I-3 and I-4**) |
|    a magazine recess 130, extending into said main body from the upper surface 114, and positioned at the first main body end, | ETS includes a magazine recess 130 that extends into main body from upper surface 114 [from upper surface 114 towards and into main body at first main body end 111] (**See I-1**). |



| | |
|---|---|
| said magazine recess being complementarily shaped to the magazine shape to retain the magazine 6 in a fixed position within said magazine recess; (See Figs 2a and 4) | ETS magazine recess 130 is complementarily shaped to hold a magazine 1 in a fixed position. (**See I-7**) |
| wherein the first rounds recess end 121 opens into said magazine recess 130 (See Fig 4), | ETS first rounds recess end 121 opens into magazine recess 130 (**See I-11**) |
| the second rounds recess side 125 terminates at a first downwardly angled portion E that opens into said magazine recess 130 (See. Fig. 8), and | ETS second rounds recess side 125 terminates at a first downwardly angled portion E that opens in the said magazine recess 130 (**See I-11**). |
| the first rounds recess side 124 includes a second downwardly angled portion A (See Fig. 8), | ETS first rounds recess side 124 includes a second downwardly angled portion A (**See I-11**). |
| such that with magazine 1 positioned within magazine recess 130 and as plurality of rounds 1 are moved towards magazine 1, | With magazine 1 positioned within magazine recess 130 and as the plurality of rounds are moved towards the magazine 1, |
| the pivot point 6 of each round 3 successively contacts the second downwardly angled portion A to pivot the second rounds end 5 of each successive round towards the magazine (See Figs 5c, 5d, and 8), | the pivot point 6 of each round successively contacts the second downwardly angled portion A to pivot the second rounds end 5 of each successive round towards the magazine (**See I-16**), |
| the second rounds end 5 of each successive round passes over the first downwardly angled portion E (See Figs. 5c, 5d, and 8), and | the second rounds end 5 of each successive round passes over the first downwardly angled portion E (**See I-16**), and |
| when an exiting round 3 exits said rounds recess 120, the exiting round abuts and forces at least one of the follower 1a and a pre-loaded round 3a in the magazine 1 downwardly into the magazine against the spring force $S_F$ as the exiting round enters the magazine (See Figs. 5c, 5d, and 8). | when an exiting round 3a exits rounds recess 120, the exiting round abuts and forces at least one of the follower 1a and a pre-loaded round 3a in the magazine 1 downwardly into the magazine against the spring force $S_F$ as the exiting round enters the magazine. (**See I-16**) |
| 22. The loader of claim 1, wherein the first rounds recess side 124 includes a third downwardly angled portion D positioned between said magazine recess 130 and the second downwardly angled portion A. (See Fig. 8) | ETS first rounds recess side 124 includes a third downwardly angled portion D positioned between magazine recess 130 and second downwardly angled portion A. (**See I-13**) |
| 23. The loader of claim 22, wherein the third downwardly angled portion D is provided with a concave shape. (See Fig. 8) | ETS third downwardly angled portion D has a concave shape. (**See I-13**) |



| CHRPLA-PT04 - USPN 9,739,552 | ETS |
|---|---|
| 1. A method of using an ammunition magazine loader to load a plurality of ammunition rounds 3 into an ammunition magazine 1 having a follower 1a, a spring S providing a spring force $S_F$ biasing the follower upwardly, and a magazine shape,<br>    with each round respectively including first and second case ends and a pivot point,<br>    and with the magazine loader comprising | ETS is an ammunition magazine loader that loads a plurality of ammunition round 3 into an ammunition magazine (advertised as Glock Magazine compatible) having a follower, a spring biasing the follower upwardly, and a magazine shape.<br>ETS interacts with each round based on the round's first case end 4, second case end 5, and pivot point 6. (**See I-4 and I-7**) |
|    a main body having a first main body end, a second main body end, and a main body length, | ETS main body 110 includes a first main body end 111, a second main body end 112, a main body length 113, and an upper surface 114. (**See I-1**) |
|    a rounds recess 120, extending along the main body length, and having<br>    first and second rounds recess ends 121, 122, a rounds recess bottom 123, first and second rounds recess sides 124,125, and first and second rounds recess ledges 126, 127, | ETS includes a rounds recess 120 that extends along main body length 113. (**See I-1**).<br>It has first and second rounds recess ends 121, 122 (**See I-6**).<br>It has a rounds recess bottom 123, first and second rounds recess sides 124, 125, first and second rounds recess ledges 126, 127, and first and second cavities 128, 129 (**See I-3, <u>and note</u>**: ETS ledges 126, 127 meet and are formed into each other.) |
|    with the rounds recess bottom, first rounds recess side, and first rounds recess ledge defining a first rounds cavity 128 between the rounds recess bottom and the first rounds recess ledge, (See Fig. 3a) | ETS first and second cavities 128, 129 are defined with same structure as claimed. And as per note above, ETS ledges 126, 127 meet and are formed into each other in a continuous manner. |
|    with the rounds recess bottom, second rounds recess side, and second rounds recess ledge defining a second rounds cavity 129 between the rounds recess bottom and the second rounds recess ledge, (See Fig. 3a) | "<br>"<br>" |
|    the rounds recess being shaped to hold the rounds therein with each first case end positioned within the first rounds cavity and under the first rounds recess ledge and with each second case end positioned within the second rounds cavity and under the second rounds recess ledge, (See Fig. 3b) | ETS rounds recess 120 is shaped to hold rounds exactly in same claimed positions (**See I-3 and I-4**) |
|    the second rounds recess end 122 being positioned at the second main body end 112 (See Fig. 1a), and | ETS second rounds recess end 122 is positioned at second main body end 112. (**See I-1**) |



| | |
|---|---|
| at least a portion of the rounds recess 120 being shaped to accept each round into the rounds recess (See Fig. 1a), | ETS second rounds recess end 122 is shaped to accept each round into rounds recess 120 (**See I-4**) |
| a rounds abutment 150, connected to the loader, and at least partially positioned within the rounds recess 120 and at the first rounds recess end 121 (See Fig. 5a), | ETS includes a rounds abutment 150 (the angled surface 150) that is connected to the loader and is at least partially positioned within rounds recess 120 and at first rounds recess end 121 (**See I-5**) |
| a magazine recess 130, in communication with the rounds recess 120, and positioned at the first main body end 111, <br><br> the magazine recess being complementarily shaped to the magazine shape to retain the magazine 1 in a fixed position within the magazine recess (See Figs 2a and 4) and <br><br> the first rounds recess end 121 opens into the magazine recess <br><br> said method comprising: | ETS includes a magazine recess 130 in communication with the rounds recess 120 and positioned at first main body end 111. (**See I-1**) <br> ETS magazine recess 130 is complementarily shaped to magazine shape to retain magazine 1 in fixed position within magazine recess (**See I-7**) <br><br> ETS first rounds recess end 121 opens into its magazine recess 130 (**See I-6**) |
| a. positioning the magazine within the magazine recess; | "Seat magazine all the way into the loader." (**See Step 1 in ETS DIRECTIONS; attached and at https://www.etsgroup.us/ETS-Group-C-A-M-Loader-p/etscam-9-40.htm**) |
| b. introducing the rounds into the rounds recess; and | When ETS plunger is compressed towards magazine, a plurality of rounds are introduced into the rounds recess. (**See Step 3 in ETS DIRECTIONS**) |
| c. with a structure, pushing the rounds, via a last round, towards and into the magazine, <br><br> such that as the rounds are slidably moved out of the rounds recess through the **FIRST** (CC) rounds recess end, <br><br> the pivot point of each round contacts the rounds abutment to angle each second case end towards the magazine recess, and <br><br> when an exiting round exits the rounds recess, the exiting round abuts and forces at least one of the follower and a pre-loaded round in the magazine downwardly into the magazine against the spring force as the exiting round enters the magazine. | ETS plunger pushes the rounds 3, via a last round, towards and into magazine 1 <br> With ETS, as rounds 3 are slidably moved out of rounds recess 120 through first rounds recess end 121, the pivot point 6 of each round 1 contacts rounds abutment 150 to angle each second case end towards magazine recess 130 (**See Step 3 in ETS DIRECTIONS and I-7**), and <br> when an exiting round exits rounds recess 120, the exiting round abuts and forces the follower 1a or a pre-loaded round 3a downwardly into magazine 1 against spring force $S_F$ (**See I-16**). |
| 2. The method of claim 1, wherein each round is positioned within the rounds recess, and each first case end is positioned between the first rounds recess ledge and the rounds recess bottom. | Same as pt02 |


CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT

| | |
|---|---|
| 3. The method of claim 1, wherein each round is positioned within the rounds recess, and each first case end is positioned between the second rounds recess ledge and the rounds recess bottom. | Same as pt02 |
| 4. The method of claim 3, wherein each round is positioned within the rounds recess, and each first case end is positioned between the first rounds recess ledge and the rounds recess bottom. | Same as pt02 |
| 5. The method of claim 1, wherein the magazine recess includes a magazine recess bottom having at least one of a magazine retention depression and a magazine retention abutment. | Same as pt02 |
| 6. The method of claim 1, wherein the magazine loader further comprises a rounds retention recess,<br>  extending into the main body from the upper surface, positioned at the second main body end,<br>  and opening into the second rounds recess end, such that one or more of the rounds are moveable the rounds retention recess to the second rounds recess end. | Same as pt02 |

CLAIMS CHART
REV-4 (01-15-2018)



| CHRPLA-PT05 - USPN 9,797,669 | ETS |
|---|---|
| 1. A method of using an ammunition magazine loader to load a plurality of ammunition rounds 3 into an ammunition magazine 1 having a follower 1a, a spring S providing a spring force $S_F$ biasing the follower upwardly, and a magazine shape,<br><br>   with each round respectively including first and second rounds ends and a pivot point 6,<br>   and with the magazine loader comprising | ETS is an ammunition magazine loader that loads a plurality of ammunition round 3 into an ammunition magazine (advertised as Glock Magazine compatible) having a follower, a spring biasing the follower upwardly, and a magazine shape.<br><br>ETS interacts with each round based on the round's first case end 4, second case end 5, and pivot point 6. (**See I-4 and I-7**) |
|    a main body having a first main body end, a second main body end, and a main body length, | ETS main body 110 includes a first main body end 111, a second main body end 112, a main body length 113. (**See I-1**) |
|    a rounds recess 120, extending along the main body length, and having<br>   first and second rounds recess ends 121, 122, a rounds recess bottom 123, first and second rounds recess sides 124,125, and first and second rounds recess ledges 126, 127, | ETS includes a rounds recess 120 that extends along main body length 113. (**See I-1**).<br>It has first and second rounds recess ends 121, 122 (**See I-6**).<br>It has a rounds recess bottom 123, first and second rounds recess sides 124, 125, first and second rounds recess ledges 126, 127, and first and second cavities 128, 129 (**See I-3, _and note_**: ETS ledges 126, 127 meet and are formed into each other.) |
|    with the rounds recess bottom, first rounds recess side, and first rounds recess ledge defining a first rounds cavity 128 between the rounds recess bottom and the first rounds recess ledge, (See Fig. 3a) | ETS first and second cavities 128, 129 are defined with same structure as claimed. And as per note above, ETS ledges 126, 127 meet and are formed into each other in a continuous manner. |
|    with the rounds recess bottom, second rounds recess side, and second rounds recess ledge defining a second rounds cavity 129 between the rounds recess bottom and the second rounds recess ledge, (See Fig. 3a) and | "<br>"<br>" |
|    with the rounds recess being shaped to hold the plurality of rounds therein with each first rounds end positioned within the first rounds cavity and under the first rounds recess ledge and with each second rounds end positioned within the second rounds cavity and under the second rounds recess ledge, (See Fig. 3b) | ETS rounds recess 120 is shaped to hold rounds exactly in same claimed positions (**See I-3 and I-4**) |
|    at least a portion of the rounds recess 120 being shaped to accept each round into the rounds recess (See Fig. 1a), | ETS second rounds recess end 122 is shaped to accept each round into rounds recess 120 (**See I-4**) |



| | |
|---|---|
| the second rounds recess side 125 terminating at a first downwardly angled portion E, <br><br> and the first rounds recess side including a downwardly angled portion A (See Fig. 8), and | ETS second rounds recess side 125 terminates at a first downwardly angled portion E that opens in the said magazine recess 130 (**See I-11**). <br><br> ETS first rounds recess side 124 includes a second downwardly angled portion A (**See I-11**). |
| a magazine recess 130, in communication with the rounds recess 120, and positioned at the first main body end 111, <br> the magazine recess being complementarily shaped to the magazine shape to retain the magazine 1 in a fixed position within the magazine recess (See Figs 2a and 4) <br><br> said method comprising: | ETS includes a magazine recess 130 in communication with the rounds recess 120 and positioned at first main body end 111. (**See I-1**) <br> ETS magazine recess 130 is complementarily shaped to magazine shape to retain magazine 1 in fixed position within magazine recess (**See I-7**) |
| a. positioning the magazine within the magazine recess; | "Seat magazine all the way into the loader." (**See Step 1 in ETS DIRECTIONS; attached and at https://www.etsgroup.us/ETS-Group-C-A-M-Loader-p/etscam-9-40.htm**) |
| b. introducing the rounds into the rounds recess; and | When ETS plunger is compressed towards magazine, a plurality of rounds are introduced into the rounds recess. (**See Step 3 in ETS DIRECTIONS**) |
| c. with a structure, pushing the rounds, via a last round, towards and into the magazine, <br> such that as the plurality of rounds are moved towards the magazine, <br><br> the pivot point of each round contacts the second downwardly angled portion to pivot the second rounds end of each successive round towards the magazine, the second rounds end of each successive round passes over the first downwardly angled portion, and <br><br> when an exiting round exits the rounds recess, the exiting round abuts and forces at least one of the follower and a pre-loaded round in the magazine downwardly into the magazine against the spring force as the exiting round enters the magazine. | ETS plunger pushes the rounds 3, via a last round, towards the magazine 1 <br><br><br><br> the pivot point 6 of each round successively contacts the second downwardly angled portion A to pivot the second rounds end 5 of each successive round towards the magazine (**See I-16,** <br> the second rounds end 5 of each successive round passes over the first downwardly angled portion E (**See I-16**), and (**See Step 3 in ETS DIRECTIONS and I-7),** and <br> when an exiting round exits rounds recess 120, the exiting round abuts and forces the follower 1a or a pre-loaded round 3a downwardly into magazine 1 against spring force $S_F$ (**See I-16**). |



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



| | |
|---|---|
| 22. The method of claim 1, wherein the first rounds recess side 124 includes a third downwardly angled portion D positioned between said magazine recess 130 and the second downwardly angled portion A. (See Fig. 8) | ETS first rounds recess side 124 includes a third downwardly angled portion D positioned between magazine recess 130 and second downwardly angled portion A. **(See I-13)** |
| 23. The method of claim 22, wherein the third downwardly angled portion D is provided with a concave shape. (See Fig. 8) | ETS third downwardly angled portion D has a concave shape. **(See I-13)** |



| CHRPLA-PT06 - USPAN 15/713,395 | ETS |
|---|---|
| 1. A method of using an ammunition magazine loader to load a plurality of ammunition rounds 3 into an ammunition magazine 1 having a follower 1a, a spring S providing a spring force $S_F$ biasing the follower upwardly, and a magazine shape,<br><br>   with each round respectively including a first case end, a second case end opposite the first case end, and a pivot point 6,<br><br>   and with the magazine loader comprising | ETS is an ammunition magazine loader that loads a plurality of ammunition round 3 into an ammunition magazine (advertised as Glock Magazine compatible) having a follower, a spring biasing the follower upwardly, and a magazine shape.<br><br>ETS interacts with each round based on the round's first case end 4, second case end 5, and pivot point 6. (**See I-4 and I-7**) |
|    a main body having first and second main body ends, | ETS main body 110 includes a first main body end 111, a second main body end 112. (**See I-1**) |
|    a magazine cavity 130, formed within the main body end, and<br><br><br>   complementarily shaped to the magazine shape to retain the magazine in a fixed position within the magazine cavity, | ETS includes a magazine cavity 130 positioned at first main body end 111. (**See I-1**)<br><br>ETS magazine cavity 130 is complementarily shaped to magazine shape to retain magazine 1 in fixed position within magazine cavity. (**See I-7**) |
|    a rounds cavity 120, formed within the main body,<br><br>  and having first and second rounds cavity ends 121, 122,<br>  the first rounds cavity end being in communication with the magazine cavity,<br><br>  the rounds cavity being defined in part by first and second rounds cavity sides 124, 125, at least one upper rounds cavity abutment 126, and at least one rounds lower cavity abutment 127,<br>  the rounds cavity sides, the at least one upper rounds cavity abutment, and the at least one lower rounds cavity abutment being positioned to abbutingly limit movement of the rounds along a movement plane when the rounds exit the rounds cavity, and at least a portion of the rounds cavity being shaped to accept each round into the rounds cavity, and (See Fig. 1a, 3a) | ETS includes a rounds cavity 120 formed within the main body 110. (**See I-1**).<br>ETS has first and second rounds cavity ends 121, 122. (**See I-6**).<br>ETS includes a magazine cavity 130 in communication with the rounds cavity end 121.<br><br>ETS has first and second rounds cavity sides 124, 125, upper and lower rounds cavity abutments 126, 127, and first and second cavities 128, 129 (**See I-3**)<br><br><br><br>ETS rounds cavity 120 is shaped to hold rounds exactly in same claimed positions (**See I-3 and I-4**) |

CLAIMS CHART
REV-4 (01-15-2018)



| | |
|---|---|
| a rounds abutment 150, at least partially positioned, within the rounds cavity 120, and at the first rounds cavity end 121,<br><br>said method comprising: | ETS has a rounds abutment 150, positioned within said rounds cavity 120 and at the first rounds cavity end 121. **(See I-5 and I-7)** |
| a. positioning the magazine within the magazine cavity; | "Seat magazine all the way into the loader." **(See Step 1 in ETS DIRECTIONS; attached and at https://www.etsgroup.us/ETS-Group-C-A-M-Loader-p/etscam-9-40.htm)** |
| b. introducing the rounds into the rounds cavity; and | When ETS plunger is compressed towards magazine, a plurality of rounds are introduced into the rounds cavity. **(See Step 3 in ETS DIRECTIONS)** |
| c. with a structure, pushing the rounds, via a last round, towards and into the magazine,<br>   such that as the rounds are moved towards the magazine,<br><br>   the pivot point of each round successively contacts the rounds abutment to angle the second rounds end of each successive round towards the magazine, and when an existing round exits the rounds cavity, the exiting round abuts and forces at least one of the follower and a pre-loaded round in the magazine into the magazine against the spring force as the existing round enters the magazine.<br>. | ETS plunger pushes the rounds 3, via a last round, towards the magazine 1<br><br>   the pivot point 6 of each round successively contacts the rounds abutment 150 to pivot the second rounds end 5 of each successive round towards the magazine **(See I-16)** **(See Step 3 in ETS DIRECTIONS),** and<br>   when an existing round exits rounds recess 120, the exiting round abuts and forces the follower 1a or a pre-loaded round 3a downwardly into magazine 1 against spring force $S_F$ **(See I-16)**. |
| 2. The method of claim 1, wherein the at least one upper cavity abutment includes a ledge. | **(See I-3, and note**: ETS ledges 126, 127 meet and are formed into each other.) |
| 3. The method of claim 1, wherein the at least one upper cavity abutment includes first and second ledges. | **(See I-3, and note**: ETS ledges 126, 127 meet and are formed into each other.) |
| 4. The method of claim 1, wherein the magazine cavity includes at least one of a magazine retention depression and a magazine retention protrusion. | ETS magazine cavity 130 has a magazine retention depression 133 and a magazine retention abutment 134. **(See I-8)** |
| 5. The method of claim 1, wherein the at least one lower cavity abutment is a rounds cavity floor. | ETS rounds cavity 120 lower abutment is a rounds cavity floor (A.K.A. "bottom") 123. **(See I-3)** |
| 6. The method of claim 5, wherein the magazine cavity includes at least one of a magazine retention depression and a magazine retention protrusion. | ETS magazine cavity 130 has a magazine retention depression 133 and a magazine retention abutment 134. **(See I-8)** |



| | |
|---|---|
| 7. The method or claim 1, wherein the magazine loader further comprises a rounds retention cavity in communication with the rounds cavity, | ETS has a rounds retention cavity 140 that opens into rounds cavity end 122, such that one or more of the at least one rounds 3 are moveable from rounds retention cavity to rounds cavity 120. **(See I-9 and I-15)** |
| 8. The method of claim 1, wherein the first rounds cavity side includes a curved shape that provides the rounds abutment. | ETS first rounds cavity side 124 includes an inwardly curved shape 150 that provides a rounds abutment 150 that manipulates rounds as per claim 1. **(See I-14)** Note: ETS technically has two (2) rounds abutments (cf. 150 in I-5) |
| 9. The method of claim 1, wherein the loader further comprises a magazine cavity cover that covers at least a portion of at least one of the magazine cavity and the rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |
| 10. The method of claim 1, wherein the loader further comprises a magazine cavity cover that covers at least a portion of the magazine cavity and the rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |
| 11. The method of claim 1, wherein the first rounds cavity side includes a downwardly angled portion that provides the rounds abutment. | ETS first rounds cavity side 124 includes a downwardly angled portion A that provides the rounds abutment **(See I-11).** |
| 12. The method of claim 11, wherein the downwardly angled portion includes a linear shape. | ETS first rounds cavity side 124 includes a downwardly angled portion A that is linear. **(See I-11)** |
| 13. The method of claim 11, wherein the downwardly angled portion includes one of a concave and a convex shape. | ETS first rounds cavity side 124 includes a downwardly angled portion A that forms a concave shape, ETS second rounds cavity side 125 includes a downwardly angled portion E that forms a convex shape. **(See I-11)** |
| 14. The method of claim 1, wherein the second rounds cavity side includes a first downwardly angled portion, and the first rounds cavity side includes a second downwardly angled portion that provides the rounds abutment, and<br><br>In said step of pushing, as the rounds are moved towards the magazine, the second rounds end of each round successively passes over the first downwardly angled portion. | ETS first rounds cavity side 124 includes a second downwardly angled portion A that provides the rounds abutment, ETS second rounds cavity side 125 includes a first downwardly angled portion E. **(See I-11)**<br><br>As the rounds are pushed toward the magazine, the second rounds end 5 of each successive round passes over the first downwardly angled portion E **(See I-16 and See Step 3 in ETS DIRECTIONS).** |
| 15. The method of claim 14, wherein the downwardly angled portion includes a linear shape. | ETS first rounds cavity side 124 includes a downwardly angled portion A that is linear **(See I-11).** |
| 16. The method of claim 15, wherein the downwardly angled portion includes another linear shape. | ETS second rounds cavity side 125 includes a downwardly angled portion E that is linear **(See I-11).** |

CLAIMS CHART
REV-4 (01-15-2018)



| | |
|---|---|
| 17. The method of claim 14, wherein the second rounds cavity side includes a third downwardly angled portion positioned between the first downwardly angled portion and the second main body end. | ETS first rounds recess side 124 includes a third downwardly angled portion D positioned between second main body end 130 and second downwardly angled portion A. **(See I-13)** |
| 18. The method of claim 11, wherein the loader further comprises a magazine cavity cover that covers at least a portion of at least one of the magazine cavity and the rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |
| 19. The method of claim 11, wherein the loader further comprises a magazine cavity cover that covers at least a portion of the magazine cavity and the rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |
| 20. An ammunition magazine loader configured to load a plurality of ammunition rounds 3 into an ammunition magazine 1 having a follower 1a, a spring S providing a spring force $S_F$ biasing the follower upwardly, and a magazine shape,<br><br>    with each round respectively including first and second case ends and a pivot point,<br>    said ammunition magazine loader comprising: | ETS is an ammunition magazine loader that loads a plurality of ammunition round 3 into an ammunition magazine (advertised as Glock Magazine compatible) having a follower, a spring biasing the follower upwardly, and a magazine shape.<br>ETS interacts with each round based on the round's first case end 4, second case end 5, and pivot point 6. **(See I-4 and I-7)** |
| a main body having first and second main body ends, | ETS main body 110 includes a first main body end 111, a second main body end 112. **(See I-1)** |
| a magazine cavity 130, formed within the main body end, and | ETS includes a magazine cavity 130 positioned at first main body end 111. **(See I-1)** |
| complementarily shaped to the magazine shape to retain the magazine in a fixed position within the magazine cavity, | ETS magazine cavity 130 is complementarily shaped to magazine shape to retain magazine 1 in fixed position within magazine cavity. **(See I-7)** |
| a rounds cavity 120, formed within the main body, and having<br><br>    a first rounds cavity end in communication with said magazine cavity and a second rounds cavity end positioned at the second main body end, said rounds cavity being defined at least in part by first and second rounds cavity sides, at least one upper cavity abutment, and at least one lower cavity abutment, the rounds cavity sides, the at least one upper cavity abutment, and the at least one lower cavity abutment being positioned to abuttingly limit | ETS includes a rounds cavity 120 formed within the main body 110. **(See I-1).**<br>ETS has first and second rounds cavity ends 121, 122. **(See I-6).**<br>ETS includes a magazine cavity 130 in communication with the rounds cavity end 121.<br><br>ETS has first and second rounds cavity sides 124, 125, upper and lower rounds cavity abutments 126, 127, and first and second cavities 128, 129 **(See I-3)** |

CLAIMS CHART
REV-4 (01-15-2018)



| | |
|---|---|
| movement of the rounds along a movement plane as the rounds exit said rounds cavity, and at least a portion of said rounds cavity being shaped to accept each round into said rounds cavity, and | ETS rounds cavity 120 is shaped to hold rounds exactly in same claimed positions (**See I-3 and I-4**) |
| a rounds abutment 150 at least partially positioned within said rounds cavity 120 at the first rounds cavity end 121, | ETS has a rounds abutment 150, positioned within said rounds cavity 120 and at the first rounds cavity end 121. (**See I-5 and I-7**) |
| Wherein with the magazine positioned within said magazine cavity and as the plurality of rounds slidably move out of said rounds cavity,<br><br>the pivot point of each round successively contacts said rounds abutment to angle the second case end of each respective round towards said magazine cavity,<br><br>and when an exiting round exits said rounds cavity, the exiting round abuts at least one of the follower and a preloaded round in the magazine downwardly into the magazine against the spring force as the exiting round enters the magazine. | With magazine 1 positioned within magazine cavity 130 and as the plurality of rounds are moved out of rounds cavity 120,<br><br>the pivot point 6 of each round successively contacts the rounds abutment 150 to pivot the second rounds end 5 of each successive round towards the magazine cavity 130 (**See I-7 and I-16**),<br><br>when an exiting round 3a exits rounds cavity 120, the exiting round abuts and forces at least one of the follower 1a and a pre-loaded round 3a in the magazine 1 downwardly into the magazine against the spring force $S_F$ as the exiting round enters the magazine. (**See I-7 and I-16**) |
| 21. The loader of claim 20, wherein the at least one upper cavity abutment includes a ledge. | **See I-3, <u>and note</u>**: ETS ledges 126, 127 meet and are formed into each other. |
| 22. The loader of claim 20, wherein the at least one upper cavity abutment includes first and second ledges. | **See I-3, <u>and note</u>**: ETS ledges 126, 127 meet and are formed into each other. |
| 23. The loader of claim 20, wherein said magazine cavity includes at least one of a magazine retention depression and a magazine retention protrusion. | ETS magazine cavity 130 has a magazine retention depression 133 and a magazine retention abutment 134. (**See I-8**) |
| 24. The loader of claim 20, wherein the at least one lower cavity abutment is a rounds cavity floor. | ETS rounds cavity 120 has a lower cavity abutment that is a rounds cavity floor when the device magazine retention depression 133 and a magazine retention abutment 134. (**See I-8**) |
| 25. The loader of claim 24, wherein the magazine cavity includes at least one of a magazine retention depression and a magazine retention protrusion. | ETS magazine cavity 130 has a magazine retention depression 133 and a magazine retention abutment 134. (**See I-8**) |



| | |
|---|---|
| 26. The loader of claim 20, wherein the magazine loader further comprises a rounds retention cavity in communication with said rounds cavity, | ETS has a rounds retention cavity 140 that opens into rounds cavity end 122, such that one or more of the at least one rounds 3 are moveable from rounds retention cavity to rounds cavity 120. **(See I-9 and I-15)** |
| 27. The loader of claim 20, wherein the first rounds cavity side includes a curved shape that provides said rounds abutment. | ETS first rounds cavity side 124 includes an inwardly curved shape 150 that provides a rounds abutment 150 that manipulates rounds as per claim 1. **(See I-14)** <u>Note</u>: ETS technically has two (2) rounds abutments (cf. 150 in I-5) |
| 28. The loader of claim 20, further comprising a magazine cavity cover that covers at least a portion of at least one of said magazine cavity and said rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |
| 29. The loader of claim 20, further comprising a magazine cavity cover that covers at least a portion of said magazine cavity and said rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |
| 30. The loader of claim 20, wherein the first rounds cavity side includes a downwardly angled portion that provides said rounds abutment. | ETS rounds cavity 120 lower abutment is a rounds cavity floor (A.K.A. "bottom") 123. **(See I-3)** |
| 31. The loader of claim 30, wherein the downwardly angled portion includes a linear shape. | ETS first rounds cavity side 124 includes a downwardly angled portion A that is linear. **(See I-11)** |
| 32. The loader of claim 30, wherein the downwardly angled portion includes one of a concave and a convex shape. | ETS first rounds cavity side 124 includes a downwardly angled portion A that forms a concave shape, ETS second rounds cavity side 125 includes a downwardly angled portion E that forms a convex shape. **(See I-11)** |
| 33. The loader of claim 20, wherein the second rounds cavity side includes a first downwardly angled portion, and the first rounds cavity side includes a second downwardly angled portion that provides said rounds abutment, and<br><br>as the at least one round is moved towards the magazine, the second rounds end of each round successively passes over the first downwardly angled portion. | ETS first rounds cavity side 124 includes a second downwardly angled portion A that provides the rounds abutment, ETS second rounds cavity side 125 includes a first downwardly angled portion E. **(See I-11)**<br><br>As the rounds are pushed toward the magazine, the second rounds end 5 of each successive round passes over the first downwardly angled portion E **(See I-16)**. |
| 34. The loader of claim 33, wherein the downwardly angled portion includes a linear shape. | ETS first rounds cavity side 124 includes a downwardly angled portion A that is linear **(See I-11)**. |
| 35. The loader of claim 34, wherein the downwardly angled portion includes another linear shape. | ETS second rounds cavity side 125 includes a downwardly angled portion E that is linear **(See I-11)**. |



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT

| | |
|---|---|
| 36. The loader of claim 33, wherein the second rounds cavity side includes a third downwardly angled portion positioned between the first downwardly angled portion and the second main body end. | ETS first rounds recess side 124 includes a third downwardly angled portion D positioned between second main body end 130 and second downwardly angled portion A. **(See I-13)** |
| 37. The loader of claim 30, further comprising a magazine cavity cover that covers at least a portion of at least one of said magazine cavity and said rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |
| 38. The loader of claim 30, further comprising a magazine cavity cover that covers at least a portion of said magazine cavity and said rounds cavity. | ETS has a magazine cavity cover 135 that covers the rounds cavity 120 and magazine cavity 130. **(See I-1)** |

CLAIMS CHART
REV-4 (01-15-2018)


CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT





IMAGE 1

CLAIMS CHART
REV-4 (01-15-2018)


CONFIDENTIAL   INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT







IMAGE 2

CLAIMS CHART
REV-4 (01-15-2018)





CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 3



CONFIDENTIAL INFORMATION

ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 4

CLAIMS CHART

REV-4 (01-15-2018)



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 5

CLAIMS CHART
REV-4 (01-15-2018)

Case 3:18-cv-00265-CLC-HBG   Document 12-9   Filed 07/02/18   Page 28 of 42   PageID #: 471





IMAGE 6





IMAGE 7

CLAIMS CHART
REV-4 (01-15-2018)



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 8




CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 9

CLAIMS CHART
REV-4 (01-15-2018)




IMAGE 10

CLAIMS CHART
REV-4 (01-15-2018)



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 11

CLAIMS CHART
REV-4 (01-15-2018)



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 12



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 13

CLAIMS CHART
REV-4 (01-15-2018)





CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



IMAGE 14

CLAIMS CHART
REV-4 (01-15-2018)


CLAIMS CHART
REV-4 (01-15-2018)

Case 3:18-cv-00265-CLC-HBG   Document 12-9   Filed 07/02/18   Page 38 of 42   PageID #: 481



CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



**IMAGE 16**

CLAIMS CHART
REV-4 (01-15-2018)



CONFIDENTIAL INFORMATION

ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT



**CAM LOADER (http://www.etsgroup.us/ETS-Group-CAM-Loader-s/1837.htm)**

### C.A.M. Loader for All Pistol Mags 9mm/.40



$29.99
**ETSCAM-9-40**

**Stock Status: IN STOCK**

QTY: 1

**ADD TO CART ▶**

**PRODUCT DETAILS**

**LOADER FEATURES**

- Loads pistol mags in seconds! Truly the first speed loader for pistol mags.
- Works with 9mm and .40 caliber pistol mags, double or single stack.
- Picks rounds up from ammo tray. User doesn't have to even touch ammo.
- Does not force rounds through the feedlips. It won't damage the mags in any way.
- Portable, easily fits in your range bag.
- Made from an extremely durable polymer that will hold up to wear and tear.
- Lifetime Warranty

Case 3:18-cv-00265-CLC-HBG   Document 12-9   Filed 07/02/18   Page 40 of 42   PageID #: 483


CONFIDENTIAL INFORMATION
ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT

9/4/2017                                 ETS Group - C.A.M. Loader 9mm/.40



Swab these surfaces with your favorite gun oil.

**Frequently Asked Questions:**

https://www.etsgroup.us/ETS-Group-C-A-M-Loader-p/etscam-9-40.htm                    2/3

Page **40** of **41**



CONFIDENTIAL INFORMATION

ACCESS AUTHORIZATION REQUIRED FROM PLATE, LLC PRESIDENT


**Q: Will the CAM Loader work with my model gun mags?**
**A:** In all of our testing the only 9mm or .40 pistol mags we have found that do not work with our loader are STI 2011, Ruger SR9, and Walther CCP mags.

**Q: Will the CAM Loader work with all ammo?**
**A:** In our extensive testing the loader works with over 95% of all ammo tested. The only two ammo types we have found that do not work well with our loader is Wolf Steel Cased 9mm Military Classic 115gr FMJ and Winchester Steel Cased USA Forged 115gr FMJ. As always, we offer a 100% satisfaction guarantee, so rest easy knowing you can try our loader risk free.

**Q: How much force does it take to operate the loader?**
**A:** We designed the loader so that a petite woman would be able to fully load a standard capacity pistol magazine. As with any type of loading, as the round count goes up the tension needed to load goes up as well. That said, everyone should be able to fully load standard capacity mags, and most people will not have any trouble fully loading a 30 round mag. As always, we offer a 100% satisfaction guarantee so you can try our loader risk free.

**Q: Will the CAM Loader work with .357 SIG ammo?**
**A:** Yes.

---

**RELATED ITEMS**

C.A.M. Loader For Rifles
(Http://Www.Etsgroup.Us/ETS-
Group-C-A-M-Loader-P/Etscam-
Rifle.Htm)
$29.99

(http://www.etsgroup.us/ETS-Group-C-A-
M-Loader-p/etscam-rifle.htm)

**GET ON THE LIST & GET EXCLUSIVE DEALS**

*Email Address*                                                                          SIGN UP

**COMPANY**

**ACCOUNT**

**LET'S STAY IN TOUCH**

PO Box 18511,Knoxville, TN 37928          855-887-5452 (tel:855-887-5452)          info@etsgroup.us (mailto:info@etsgroup.us)
© 2017 Elite Tactical Systems Group