

PLATE, LLC

# CAM LOADER EVALUATION

Assessment of Elite Tactical Systems Group, LLC
"C.A.M." Pistol Magazine Loading Devices

| Device | PRODUCT NAME | PART NUMBER | RETAIL DATE | UPC |
|---|---|---|---|---|
| 1 | C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber | ETSCAM940 | 06/30/17 | 854094005492 |
| 2 | GEN II- C.A.M. Loader For All Pistol Mags 9mm/.40 Caliber | ETSCAM940 | 12/31/17 | 854094005492 |
| 3 | C.A.M. Loader For All Pistol Mags .45 Caliber | ETSCAM45 | 12/31/17 | 854094005546 |
| 4 | C.A.M. Loader For All Pistol Mags .380 Caliber | ETSCAM380 | 12/31/17 | 854094005553 |

## PREAMBLE

Elite Tactical Systems Group LLC (ETS) produces the products listed above. PLATE has determined these products infringe upon its currently issued US patents concerning pistol magazine loading devices. PLATE is concerned subpar products produced by ETS will irreparably harm the market for PLATE's products.

ETS pistol loading devices are inferior products that are poorly received by customers at an abnormally high rate. PLATE has made this determination based on direct experience and analysis of the loading devices in addition to reviews, comments, etc. made by customers and users of the Elite Tactical Systems Group's devices.

## PLATE ASSESSMENT OF DEVICES

1) Device 1
   a) Is almost impossible to insert and remove most magazines
      (i) Because magazine recess is poorly designed.
   b) Fails to retain rounds
      (i) Because rounds recess is poorly made.
   c) Is difficult to operate
      (i) Because geometry of rounds abutment is wrong, resulting in "clunky" movement of rounds.
2) Device 2
   a) Easily breaks
      (i) Because of poor design and execution of rounds abutment and magazine recess.
   b) Is difficult to operate
      (i) Because portion of rounds abutment breaks, causing geometry of rounds abutment to be wrong, resulting in "clunky" movement of rounds.
3) Device 3
   a) Fails to retain rounds
      (i) Because rounds recess is poorly made.
4) Device 4
   a) Is almost impossible to insert and remove most magazines
      (i) Because magazine recess is poorly designed.



# CUSTOMER REVIEWS

C.A.M. pistol loaders have received abnormally high rates of poor reviews. Out of 226 Amazon product reviews, over 38% are critical of the devices. Several reviews describe the devices as "Junk", "does not work at all" and "the biggest POS ever".

Furthermore, several online product reviewers have given the CAM pistol loading devices negative reviews, such as YouTube User "Solscud" in his video *ETS C.A.M. Mag Loader* dated July 6th 2017. In Soldcus's video, the loading device is shown malfunctioning several times, at one point even ejecting rounds out of the loader. In yet another video, entitled *ETS Cam Loader Warning* posted by YouTube "Omnis" on July 11th 2017, it is shown the user cannot insert his magazine into the loading device and is concerned the loader may damage the magazine.

The following are some of the negative reviews of Devices 1-4 by Amazon customers:

**JUNK**
Michelle        May 1, 2018        Device 2
"… The device just gets stuck and I have even bruised my torso pushing to try and get the rounds in. I even tried just loading 5 rounds at a time and it still just jams. You are better off just using the UpLula loader instead."

**SUPER FAST IF IT ACTUALLY WORDS.**
Jason        May 24, 2018        Device 2
"The plastic portion that grabs the back end of the bullets started to strip and eventually bullets stopped freely traveling along the guide all together making loading magazines impossible…."

**DIDN'T WORK WELL WITH MY MAGAZINE**
Marc Bernard  March 6, 2018        Device 2
"Great concept. Did not work well with my HK P2000 magazines. The first one I tried loaded easily but could not be removed from the Speed loader. I had to Dremel it out, destroying the speed loader in the process."

**ONE STAR**
Matthew J.    February 12, 2018    Device 2
"hot garbgage"

**SO DISAPPOINTED, ITEM DOES NOT WORK AS ADVERTISED**
Maurice Rosado        April 6, 2018    Device 2
"So disappointed, item does not work as advertised…. Hate it wish I can get my money back!"

**ONE STAR**
D. LONG        April 3, 2018        Device 3
"Didn't work at all, would'nt hold bullets keep your money."



### THIS IS THE BIGGEST POS EVER. I TRIED IT …
Charlie Darsey	June 6, 2018		Device 2

"This is the biggest POS ever. I tried it with a Glock 9mm magazine, Kimber 9mm magazine and a SigSaur 9mm. NONE would loaf=d the magazine!!! Do not buy this product!!!!!"

### DON'T WASTE YOUR MONEY IT DOESN'T WORK RELIABLY
dlt		December 8, 2017	Device 1

"Nice idea but not ready. It is a 50/50 if it will push ammo into the magazine or not without removing and trying again. The magazine is extremely difficult to push into the loader. I am using Glock 19 magazine. It is quicker to just manually load by hand. I hope I can return it."

### COULDN'T MAKE IT WORK. TRIED 4 DIFFERENT MAGAZINES AND …
roy reed		October 13, 2017	Device 1

"Couldn't make it work. Tried 4 different magazines and watch the videos on YouTube. unable to make it work. Took it to the gun store and they couldn't make it work. I don't have the package it came in so I am stuck with it."

### CHEAP JUNK!
Richard Derus	April 2, 2018		Device 2

"This is pure junk, doesn't work with my 9mm or, my .40. 👎👎👎"

### DONT BUY THIS LOADER
photo guy	April 22, 2018		Device 2

"Every once in a while you stumble on to something cool on YouTube that is a really great product......This is not one of those.
I wish there were zero stars because that my true rating. I tried using it on 4 different double stack magazines all were a fail. Some I could get three or four rounds in but that was the max. Even resetting the magazine that all ready had a few rounds in it could not get any more to go in"

### EXPENSIVE CHUNK AND FAKE. AMAZON SHOULD BAN THIS SELLER. DON'T THROW YOUR MONEY ON THE GARBAGE.
By	CarlosGuedes	June 14, 2018
Device 4

*"It doesnt[sic] fit glock .380 mags. Impossible! No matter strenght[sic] you put on this it Doesnt fit most mags... The idea is great but useless…don't spend money on this..."*





# ETS Cam Loader Warning

Omnis

O  Subscribe 21                                    5,879 views

Add to    Share    More                            👍 9   👎 19

Published on Jul 11, 2017
Update: FIXED! Check my other video for the fix, which includes cutting a notch into the retaining tab for the metal magazine prong to travel through.

SHOW MORE

## COMMENTS · 3

Add a public comment...

Top comments ▾

**Manny Garcia** 7 months ago
Will rts speed loader work with xd Springfield mags
Reply ·

View all 2 replies ▾



Up next                                    Autoplay ⓘ ●

The Tragic Story Of Sons Of Guns
Nicki Swift
3,043,715 views
6:32

Top 10 Weapons So Powerful They're Illegal & Prohibited Worldwide
BE AMAZED
2,884,966 views
12:22

How Tough is a Hi-Point? (CHEAPEST PISTOL)
DemolitionRanch
8,575,552 views
12:29

Magazine Sleeves for Glock
GlockStore
64,221 views
8:20

ETS C.A.M Mag Loader final conclusion
Solscud
3,211 views
4:56

5 Things *WRONG* with Gen 5 Glocks!
TWANGnBANG
451,117 views
9:25

ETS Clear AR-15 Mags - Durability Comparison Test - (PMag/HexMag Fails)
DocTacDad
8,538 views
15:11

CZ P-10 C vs FN 509
MarksmanTV
49,384 views
10:21

How to load your magazine with a Hilljak Quickie Loader
Joe Hilljak
5,902 views
2:26

Canada Guns Laws... Not What I Expected
DemolitionRanch
2,593,492 views
18:38

Fastest Mag Loader EVAR, Colt gets sued, DEALS ON DEALS! - TGC News
TheGunCollective
42,751 views
9:29

Magazine vs Clip
hickok45
421,806 views
8:37

ETS Glock Mags - FAILS With New Followers - RageQuit003
RageQuit003
7,206 views
8:01

This Round is Wayyyy Different
DemolitionRanch
3,251,476 views
15:03

Best Speed Loader: Maglula vs. ETS
Royal Range USA
29,649 views
11:14

ETS C.A.M. Mag Loader Revisited
Solscud
9,172 views
6:31

Which AR15 Magazine Should I Buy? A 3 Year Summary of the Best and Worst Mags
mpk1414
73,282 views
6:42

UpLULA & MagLULA - demonstration of two great ammo speedloaders
Cool Under Fire
107,451 views
13:15

ETS Mag Loader: Very Slick! - SHOT Show 2018
The Late Boy Scout
8,637 views
7:43

ETS GLOCK MAG REVIEW (Epic Fail!)
Epic Arms and Outdoors
26,545 views
6:42

SHOW MORE

















