UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PLATE, LLC, | ) |
| *Plaintiff,* | ) ) ) No. 3:18-CV-265 |
| v. | ) ) Judge Collier |
| ELITE TACTICAL SYSTEMS, LLC, *et al.*, | ) ) |
| *Defendants.* | ) |

# O R D E R

Before the Court is the motion (Doc. 11) of Plaintiff Plate, LLC ("Plate") for a preliminary injunction against Defendants Elite Tactical Systems, LLC, Jim Hansen, and George Loveday in connection with Plate's claims of patent infringement. Defendants responded in opposition (Doc. 18). The Court held a hearing on Plate's motion on July 24, 2018. For the reasons expressed in the accompanying memorandum, the Court **DENIES** Plate's motion (Doc. 11).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**