UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PLATE, LLC and CHRISTOPHER PLATE, | ) |
|     Plaintiffs and Counterclaim Defendants, | ) Case No. 3:18-CV-265 |
| v. | ) (*patent case*) |
| ELITE TACTICAL SYSTEMS, LLC, JIM HANSEN, GEORGE LOVEDAY, III, and GEORGE LOVEDAY, IV, | ) Hon. Curtis Collier |
| | ) Jury Trial Demanded |
|     Defendants and Counterclaimant. | ) |

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiffs, Plate, LLC and Christopher Plate, and the defendants, Elite Tactical Systems, LLC, Jim Hansen, George Loveday, III, and George Loveday, IV, hereby stipulate to the dismissal of all claims and counterclaims in this case *with prejudice*. Each party shall bear his or its own attorney's fees and costs.

DATED: March 4, 2021

| | |
|---|---|
| *s/Van R. Irion by permission* | *s/John T. Winemiller* |
| Van R. Irion (TN 024519) | R. Bradford Brittian (TN 007130) |
| **Law Office of Van R. Irion** | John T. Winemiller (TN 21084) |
| 800 South Gay St., Suite 700 | Ian G. McFarland (TN 030549) |
| Knoxville, Tennessee 37929 | **Merchant & Gould P.C.** |
| van@irionlaw.com | 800 S. Gay St., Suite 2150 |
| | Knoxville, TN 37929 |
| *s/William M. Fischbach by permission* | (865) 380-5960 |
| William M. Fischbach | (612) 332-9081 (facsimile) |
| Jack R. Vrablik | bbrittian@merchantgould.com |
| Gianni Pattas | jwinemiller@merchantgould.com |
| **Tiffany & Bosco, P.A.** | imcfarland@merchantgould.com |
| 2525 East Camelback Rd., 7th Floor | |
| Phoenix, AZ 86016 | Elisabeth S. Muirhead (pro hac vice) |
| wmf@tblaw.com | **Merchant & Gould P.C.** |
| jrv@tblaw.com | 150 South Fifth Street, Suite 2200 |

gp@tblaw.com

**Counsel for Plaintiffs**

Minneapolis, MN 55402
(612) 332-5300
(612) 332-9081 (facsimile)
emuirhead@merchantgould.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/John T. Winemiller*

2